## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SPECIAL ENERGY CORPORATION, an Oklahoma corporation, Plaintiff, v. (1) THE HANOVER INSURANCE COMPANY, a foreign corporation, Defendant. | ) ) ) ) Case No. 13-CV-1289/RJC ) ) (Payne County District ) Court Case No. CJ-2013-516) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Special Energy Corporation, Plaintiff herein, and The Hanover Insurance Company, Defendant herein, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure do stipulate to the dismissal of the above styled and numbered cause with prejudice to the re-filing thereof, and with each party to bear its own costs and attorneys fees.

Respectfully submitted,

*s/P. Scott Hathaway*
P. Scott Hathaway
Rebecca D. Stanglein
CONNOR & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
ATTORNEY FOR PLAINTIFF
SPECIAL ENERGY CORPORATION

*s/Phil R. Richards*
Phil R. Richards, OBA #10457
Randy Lewin, OBA #16518
Lauren Chandler #20966
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
ATTORNEYS FOR DEFENDANT
THE HANOVER INSURANCE
COMPANY